Per Curiam. 

Upon careful review of the briefs and record, we conclude that the district court did not
clearly err in denying defendant's request for an adjustment under U.S.S.G. § 3B1.2
 (mitigating role in offense). On the facts before it, the district court reasonably concluded 
that the drug trafficking offense was a "joint venture" that "would not have occurred without 
[defendant's] participation." Even though defendant may have been less culpable than his 
joint venture partner, still defendant was not "less culpable than the average participant" in 
similar drug trafficking conspiracies,  [*2]  and so he was not entitled to any adjustment. See 
United States v. Brandon, 17 F.3d 409, 460 (1st Cir. 1994).


Affirmed. See 1st Cir. Loc. R. 27.1.